```
Sarah M. Matz (SBN 312051)
ADELMAN MATZ P.C.
1159 Second Avenue, Suite 153
New York, New York 10065
P: (646) 650-2207
F: (646) 650-2108
E-Mail: sarah@adelmanmatz.com
```

*Attorneys for Defendant, Friday Beers LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> FRIDAY BEERS LLC, <br><br>　　　　Defendant. | Case No.: 2:2025-cv-00375- GW-SK <br><br> **NOTICE OF SETTLEMENT OF CASE** |

　　Notice is hereby given that Plaintiff August Image, LLC ("Plaintiff") and Defendant, Friday Beers LLC ("Defendant"), have reached a settlement in principle, subject to the finalization and signing of settlement documentation (the "Settlement"). The parties are diligently working in order to finalize paperwork and consummate the Settlement.

While the parties are confident that they will ultimately be able to resolve these matters and finalize the Settlement, the timeframe for doing so remains uncertain. Further, the parties wish to continue resolving these issues without incurring unnecessary expenses for the court or themselves, while preserving their right to reopen the case if the settlement fails. As such, this Notice of Settlement is filed contingent upon a fully executed Settlement. The parties agree that good cause to reopen this Action exists if the Settlement is not consummated. *See Dauw v. Oxford Management Services)* 2011 WL 13214548, at *1 (C.D. Cal., Mar. 3, 2011); *Bernstein v. Target Stores, Inc.*, 2013 WL 5807581, at *1-2 (N.D. Cal., Oct. 28, 2013).

Dated:     February 18, 2026

Respectfully submitted,

ADELMAN MATZ P.C.

By: /SM/
Sarah M. Matz, Esq. (SBN 312051)
1159 Second Avenue, Suite 153
New York, New York 10065
Tel: (646) 650-2207
E-Mail: sarah@adelmanmatz.com

*Attorneys for Defendant, Friday Beers LLC*

Dated:     February 18, 2026

Respectfully submitted,

COPYCAT LEGAL PLLC

By: /s/ Lauren Hausman
Lauren Hausman, Esq. (SBN 349514)
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
Tel: (877) 437-6228
E-Mail: lauren@copycatlegal.com

*Attorneys for Plaintiff, August Image, LLC*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 18, 2026         ADELMAN MATZ P.C.

_____
Sarah M. Matz, Esq. (SBN 312051)